■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST GRANT, Appellant. [865 NYS2d 564]—Appeal by the defen-

dant from a judgment of the Supreme Court, Kings County (Garnett, J.), rendered January 10, 2007, convicting him of criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Spolzino, J.P., Santucci, Miller, Dickerson and Eng, JJ., concur.